# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Republic Technologies (NA) LLC
and Stream Inc.,

Plaintiff(s),

v.

Sabares Smoke Shop, Inc.
and Ahmad Safi,

Defendant(s).

Case No. 19 C 50210
Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other:   Judgment is entered in favor of plaintiffs Republic Technologies (NA) LLC and Sream, Inc. and against defendants Sabares Smoke Shop, Inc. and Ahmad Safi in the amount of $20,000 plus costs of $649.20.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.
☐ tried by Judge ____ without a jury and the above decision was reached.
☒ decided by Judge Philip G. Reinhard on a motion default judgment.


Date: 8/28/2020

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk